RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Tristin Cole Caldwell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRISTIN COLE CALDWELL,<br><br>    Defendant. | Case No. 2:22-mj-00991-DJA<br><br>ORDER  TO CONTINUE STATUS HEARING<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Tristin Caldwell, that the Status Hearing currently scheduled on December 15, 2023 at 11:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.   Mr. Caldwell has completed his anger management course but requires additional time to pay his fine.

2.   Mr. Caldwell is out custody and agrees with the need for the continuance.

3.   The parties agree to the continuance.

This is the second request for a continuance of the status hearing.

DATED this 15th day of December, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender<br>Attorney for Tristin Cole Caldwell | By */s/ Imani Dixon*<br>IMANI DIXON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRISTIN COLE CALDWELL,<br><br>　　　　Defendant. | Case No. 2:22-mj-00991-DJA-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status hearing currently scheduled for Friday, December 15, 2023 at 11:30 a.m., be vacated and continued to February 16, 2024, at 11:30 a.m., Courtroom 3A.

DATED this 15th day of December, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3