RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Tristin Cole Caldwell

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TRISTIN COLE CALDWELL,<br><br>   Defendant. | Case No. 2:22-mj-00991-DJA<br><br>**ORDER CONTINUE STATUS HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Tristin Caldwell, that the Status Hearing currently scheduled on February 16, 2024 at 11:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.   Mr. Caldwell has completed his anger management course but requires additional time to pay his fine.

2.   Mr. Caldwell is out custody and agrees with the need for the continuance.

3.   The parties agree to the continuance.

1     This is the third request for a continuance of the status hearing.

2     DATED this 16th day of February, 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ *Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender<br>Attorney for Tristin Cole Caldwell | By /s/ *Imani Dixon*<br>IMANI DIXON<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRISTIN COLE CALDWELL,<br><br>　　　　Defendant. | Case No. 2:22-mj-00991-DJA-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the status hearing currently scheduled for Friday, February 16, 2024 at 11:30 a.m., be vacated and continued to April 26, 2024, at 11:30 a.m., Courtroom 3A.

　　DATED this 16th day of February, 2024.

　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　United States Magistrate Judge

3