Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Tristin Cole Caldwell

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:22-mj-00991-DJA |
| v. | **Order** |
| Tristin Cole Caldwell, | |
| Defendant. | |

**Stipulation**

Mr. Caldwell was charged by complaint with two counts: (1) Interstate Violation of Protection Order (18 U.S.C. § 2262(a)(1)); and (2) Disorderly Conduct (36 C.F.R. § 2.34(a)(1)). (ECF No. 1.)

Mr. Caldwell entered a plea agreement (ECF No. 17), pleaded guilty to Count Two, and was sentenced as follows: "Defendant is sentenced to one year unsupervised probation; $250.00 fine and $10.00 penalty assessment; attend and complete anger management course; and no contact with female he was arguing with that is or will be imposed under Colorado State Case # D0122022CR000060." (ECF No. 16.)

Mr. Caldwell attempted to pay the fine and penalty assessment, but the money order he sent to the courthouse was damaged in transit. The $10 penalty assessment has been paid. The government agrees to waive the $250 fine.

Mr. Caldwell now has completed the special conditions of his unsupervised probation. Accordingly, the parties jointly request that the Court close this case.

Dated April 8, 2024.

Respectfully submitted,

| | |
|---|---|
| Rene L. Valladares | Jason Frierson |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Rick Mula* | */s/ Melanee Smith* |
| Rick Mula | Melanee Smith |
| Assistant Federal Public Defender | Assistant United States Attorney |

**Proposed Order**

Good cause appearing, the Court accepts the government's waiver of the $250 fine. Based on the representations of counsel, the Court finds that Mr. Caldwell has completed the requirements of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that the status conference set for April 26, 2024, at 11:30 AM is vacated.

IT IS FURTHER ORDERED that the Clerk of the Court close this case.

DATED this 10th day of April, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3